| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>THOMAS, CLARENCE | 2. Court or Organization<br><br>UNITED STATES SUPREME COURT | 3. Date of Report<br><br>05/13/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. SUPREME COURT<br>I FIRST STREET, N.E.<br>WASHINGTON, D. C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2011 MAY 13 P 4: 15   FINANCIAL DISCLOSURE OFFICE   RECEIVED

Thomas, Clarence

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/5/10 | University of Minnesota School of Law - teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Hillsdale College - salary and benefits |
| 2. 2010 | Liberty Central, Inc. - salary and benefits |
| 3. 2010 | Liberty Consulting, Inc. - salary and benefits |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Savannah College of Art and Design | 1/4 - 1/5/10 | Savannah, GA | Speech | Transportation/meals and accommodations |
| 2. | Stetson University College of Law | 2/1-2/2/10 | Gulfport, FL | Speech, Q&A | Transportation/meals and accommodations |
| 3. | University of Florida | 2/3-2/5/10 | Gainsville, FL | Speech, Q&A | Transportation/meals and accommodations |
| 4. | University of Minnesota Law School | 3/7-3/14/10 | Minneapolis, MN | Teaching | Transportation/meals and accommodations |
| 5. | Savannah State University | 5/8/10 | Savannah, GA | Speech | Transportation/meals and accommodations |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMAS, CLARENCE | 05/13/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | John Marshall Law School | 5/15/10 | Atlanta, GA | Speech | Transportation/meals and accommodations |
| 7. | University of Nebraska-Lincoln | 5/25/10 | Lincoln, NE | Speech | Transportation/meals and accommodations |
| 8. | Utah State Bar | 7/15-7/17/20 | Sun Valley, Idaho | Speech | Transportation/meals and accommodations |
| 9. | University of Tennessee College of Law | 9/16-9/19/10 | Knoxville, TN | Speech | Transportation/meals and accommodations |
| 10. | U.S. Embassy Port of Spain | 10/18-10/21/10 | Trinidad and Tobago | Speech | Transportation/meals and accommodations |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2011 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MONY Annuity | | None | J | T | | | | | |
| 2. 1/3 int. in rental property, Liberty Cty, GA (Y) | B | Rent | J | W | | | | | |
| 3. TD AmeriTrade, Omaha, NE (formerly First Trust Corporation) | | None | J | T | | | | | |
| 4. AIG Sun America - Jersey City, NJ | | None | J | T | | | | | |
| 5. Ginger, LTD., Partnership | E | Rent | N | W | | | | | |
| 6. Fidelity 403(b) | | None | K | T | | | | | |
| 7. Geller & Company LLC NY, NY (403(b) & 401(k) (Y) | | None | N | T | Open | 04/27/10 | N | | |
| 8. Liberty Consulting, Inc. (X) | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 8 - Liberty Consulting, Inc. was formed on November 18, 2010 as a S corporation and had a J value on that date.
Part VII, line 2 - Two of the Georgia rental properties have been torn down. The only remaining property is an old house in Liberty County.

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544